Div. 174; *Schwartz* v. *Wilbur*, 211 id. 806; *Sinnit* v. *Cambridge Valley Agr. Soc.*, 27 Misc. 586, opinion by Chase, J.; *Chapin* v. *Overin*, 72 Hun, 514.) The papers opposing the motion are further defective in that they fail to state any facts to show that the witnesses named by defendant will testify as the affiant assumes they will. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ARTHUR PRENDERGAST, Appellant, v. EDWARD CONTI and Others, Respondents. (Action No. 1.) — Order denying motion to strike case from calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ARTHUR PRENDERGAST, Appellant, v. EDWARD CONTI and Others, Respondents. (Action No. 2.) — Order denying motion for leave to serve subpœnas affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SQUARE DEAL POULTRY CORPORATION, Respondent. REGINA HASENFRATZ and DAVID HASENFRATZ, Appellants.— Order staying dispossess proceedings reversed on the law, with ten dollars costs and disbursements to the appellants, and motion for stay denied, with ten dollars costs. The dissolution of the corporation abated the dispossess proceedings, but the appearance of the receiver therein revived them. While leave of court is necessary to begin an action against a receiver, it appears that this action was brought against the corporation, and the receiver intervened and served an answer. Under such circumstances, leave to sue the receiver was not necessary. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

RAY REED, Respondent, v. JACOB W. REED, Appellant.— Order denying defendant's motion for an order reducing amount of alimony affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

JOHN J. SHARP, Respondent, v. HAMLIN F. ANDRUS and Others, Appellants.— Order denying defendants' motion to dismiss complaint for failure to state a cause of action reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to plead over on payment of those costs. To plead a cause for a breach of a contract of hiring, it is necessary to allege a discharge, or a repudiation of the contract, or a tender of the services and a refusal to accept the same. (*Howard* v. *Daly*, 61 N. Y. 362; *Ga Nun* v. *Palmer*, 202 id. 483, 489.) Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur. Settle order on notice.

BELLE STEVENS, Respondent, v. LOUISVILLE AND NASHVILLE RAILROAD COMPANY, Appellant. SOUTHERN PACIFIC COMPANY and THE PULLMAN COMPANY, Defendants.— Order denying motion to vacate service of summons affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

CLARA WESTMAN, Respondent, v. CHARLES A. STONEHAM and Ross F. ROBERTSON, as Partners, etc., Appellants, and Others, Defendants.— Order denying motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ELLEN WHALEN, Appellant, v. KATHRYN F. CASSANESE, Formerly Known as KATHRYN F. HAGGERTY and HELEN A. HAGGERTY, Respondents.— Order granting